# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

EDWARD SLADE,

               Petitioner,

v.

ISIDRO BACA, *et al.*,

               Respondents.

Case No. 3:19-cv-00641-MMD-CBC

ORDER

Petitioner submitted a petition for a writ of habeas corpus. But he did not apply to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

It is therefore ordered that Petitioner must file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of Court is directed to send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner may make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order.

Petitioner will have 45 days from the date of entry of this order to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 22nd day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE