UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SLADE,<br><br>                      Petitioner,<br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>                    Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

Petitioner has filed an application to proceed *in forma pauperis* (ECF No. 4). However, the Court finds that Petitioner is able to pay the full filing fee of five dollars ($5.00).

It is therefore ordered that the application to proceed in forma pauperis (ECF No. 4) is denied. Petitioner will have 45 days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Petitioner two copies of this order.

It is further ordered that Petitioner must make the necessary arrangements to have one copy of this order attached to the check he submits to pay the filing fee.

DATED THIS 21st day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE