1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

EDWARD SLADE,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:19-cv-00641-MMD-CLB

ORDER

Petitioner has filed an unopposed motion for extension of time (first request). (ECF No. 13.) The Court finds good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 13) is granted. Petitioner will have up to and including October 14, 2020, to file and serve an amended petition for a writ of habeas corpus.

DATED THIS 21st day of July 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE