# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SLADE,<br><br>                            Petitioner,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                            Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 17.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 17) is granted. Respondents will have up to and including February 12, 2021, to respond to the amended petition (ECF No. 16).

DATED THIS 2nd Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE