# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| EDWARD SLADE, | Case No. 3:19-cv-00641-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (first request). (ECF No. 25.) The Court finds good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 25) is granted. Petitioner will have up to and including April 12, 2021, to file an opposition to the motion to dismiss (ECF No. 19).

DATED THIS 25th Day of February 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE