UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SLADE,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

Petitioner Edward Slade has filed an unopposed motion for extension of time (second request) (ECF No. 27). The Court finds good cause to grant Slade's motion.

It is therefore ordered that Slade's unopposed motion for extension of time (second request) (ECF No. 27) is granted. Slade will have up to and including June 14, 2021, to file an opposition to the motion to dismiss (ECF No. 19).

DATED THIS 19th Day of April 2021.

　
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE