# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SLADE,<br><br>     Petitioner,<br> v.<br><br>ISIDRO BACA, *et al.*,<br><br>     Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

  Petitioner has filed an unopposed motion for extension of time (third request). (ECF No. 29.) The Court finds good cause exists to grant Petitioner's motion.

  It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 29) is granted. Petitioner will have up to and including July 14, 2021, to file an opposition to the motion to dismiss (ECF No. 19).

  DATED THIS 15th Day of June 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE