# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD SLADE,<br><br>            Petitioner,<br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>            Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 32.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 32) is granted. Respondents will have up to and including August 20, 2021, to file a reply in support their motion to dismiss (ECF No. 19).

DATED THIS 23rd Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE