# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

EDWARD SLADE,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:19-cv-00641-MMD-CLB

ORDER

Respondents have filed an unopposed motion for enlargement of time (second request). (ECF No. 34.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 34) is granted. Respondents will have up to and including September 3, 2021, to file a reply in support their motion to dismiss (ECF No. 19).

DATED THIS 23rd Day of August 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE