UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD SLADE,<br><br>                           Petitioner,<br>       v.<br>ISIDRO BACA, *et al.*,<br><br>                           Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (third request). (ECF No. 36.) The Court finds good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 36) is granted. Respondents will have up to and including September 10, 2021, to file a reply in support of their motion to dismiss (ECF No. 19).

DATED THIS 7th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE