UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD SLADE,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (fourth request) (ECF No. 38) to file a reply in support of their motion to dismiss. The Court finds the request is made in good faith and not solely for the purposes of delay, and accordingly good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 38) is granted. Respondents will have up to and including September 17, 2021, to file a reply in support their motion to dismiss (ECF No. 19).

DATED THIS 13th Day of September 2021.

MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE