# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD SLADE,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00641-MMD-CLB<br><br>ORDER |

　　Respondents have filed a motion for enlargement of time (fifth request). (ECF No. 40.) The Court finds good cause exists to grant Respondents' motion.

　　It is therefore ordered that Respondents' motion for enlargement of time (fifth request) (ECF No. 40) is granted. Respondents will have up to and including September 21, 2021, to file a reply in support their motion to dismiss (ECF No. 19).

　　DATED THIS 20th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE